**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 206 MM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| IRA L. FISHER, III, | : | |
| | : | |
| Petitioner | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.